AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| TAVIA WAGNER <br><br> *Plaintiff(s)* <br> v. <br><br> YELURI RAMESH & KRISHNA TR, and <br> HONEYCUTT TAVERN ENTERPRISES, LLC, <br> d/b/a SURFSIDE TAVERN, <br><br> *Defendant(s)* | Civil Action No. 6:20-cv-00141-PGB-GJK |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   YELURI RAMESH & KRISHNA TR - Owner
4592 FOREST VIEW DR
WEST BLOOMFIELD, MI 48322

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOE M. QUICK, ESQ.
LAW OFFICES OF JOE M. QUICK ESQ.
1224 S. PENINSULA DRIVE #619
DAYTONA BEACH, FLORIDA 32118
TELEPHONE (386) 212-3591

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*MagalyJustiniano*

Date: **Feb 18, 2020**

*Signature of Clerk or Deputy Clerk*