## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CASE No.: 6:20-cv-00141-PGB-GJK

TAVIA WAGNER,

    Plaintiff,

vs.

YELURI RAMESH & KRISHNA TR, and
HONEYCUTT TAVERN ENTERPRISES, LLC,
d/b/a SURFSIDE TAVERN,

    Defendants.
_____/

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff TAVIA WAGNER, by and through her undersigned counsel, hereby files this Stipulation of Voluntary Dismissal, without prejudice, of this action, against Defendants, YELURI RAMESH & KRISHNA TR and HONEYCUTT TAVERN ENTERPRISES, LLC d/b/a SURFSIDE TAVERN.

Respectfully submitted this 17th day of April 2020.

  By: /s/Joe M. Quick, Esq.
    Joe M. Quick, Esq.
    Florida Bar No.: 0883794
    Law Offices of Joe M. Quick, P.A.
    *Counsel for Plaintiff*
    1224 S. Peninsula Drive #619
    Daytona Beach, Florida 32118
    Tel: (386) 212-3591
    E-mail: JMQuickesq@gmail.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 17th day of April 2020 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

         By: /s/Joe M. Quick, Esq.
         Joe M. Quick, Esq.
         Florida Bar No.: 0883794
         Attorney for Plaintiff
         Law Offices of Joe M. Quick, P.A.
         1224 S. Peninsula Drive #619
         Daytona Beach, Florida  32118
         Tel: (386) 212-3591
         E-mail: JMQuickesq@gmail.com