**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TAVIA WAGNER,

        Plaintiff,

v.                                      Case No:  6:20-cv-141-Orl-40GJK

YELURI RAMESH & KRISHNA TR and
HONEYCUTT TAVERN ENTERPRISES
LLC,

        Defendants.

_____/

## ORDER

      This cause comes before the Court on Plaintiff's Stipulation of Voluntary Dismissal.
(Doc 13). Plaintiff dismisses the claims pursued against Defendants pursuant to Federal
Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff's notice of voluntary dismissal is self-
executing and was immediately effective upon filing. *See Matthews v. Gaither*, 902 F.2d
877, 880 (11th Cir. 1990) (per curiam). Plaintiff's claims against Defendants Yeluri
Ramesh, Krishna TR, and Honeycutt Tavern Enterprises LLC, are **DISMISSED**
**WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending
deadlines and close the file.

      **DONE AND ORDERED** in Orlando, Florida on April 20, 2020.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties